Certificate Number: 16339-PAE-DE-040517700

Bankruptcy Case Number: 25-15277



16339-PAE-DE-040517700

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2026, at 6:57 o'clock PM EST, Priscila Garcia completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 16, 2026           By:  /s/Kris Krumal

                                  Name:  Kris Krumal

                                  Title:  Certified Financial Counselor